Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-400-377**

**Effective Date of Registration:**
March 15, 2024
**Registration Decision Date:**
June 25, 2024

---

## Title

**Title of Work:** Ronin

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 16, 2016
**Nation of 1st Publication:** Türkiye

## Author

- **Author:** Caglayan Kaya Goksoy
  **Pseudonym:** ckgoksoy
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Caglayan Kaya Goksoy
Alaaddin District, 216. St., No:5 D:3, Korkuteli/Antalya, 07800, Türkiye

## Rights and Permissions

**Name:** Caglayan Kaya Goksoy
**Email:** ckgoksoy@gmail.com
**Address:** Alaaddin District
216. St., No:5 D:3
Korkuteli/Antalya 07800 Türkiye

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-400-376**

**Effective Date of Registration:**
March 15, 2024
**Registration Decision Date:**
June 25, 2024



## Title

**Title of Work:** Valhalla Fallen

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 19, 2020
**Nation of 1st Publication:** Türkiye

## Author

- **Author:** Caglayan Kaya Goksoy
  **Pseudonym:** ckgoksoy
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Caglayan Kaya Goksoy
Alaaddin District, 216. St., No:5 D:3, Korkuteli/Antalya, 07800, Turkiye

## Rights and Permissions

**Name:** Caglayan Kaya Goksoy
**Email:** ckgoksoy@gmail.com
**Address:** Alaaddin District
216. St., No:5 D:3
Korkuteli/Antalya 07800 Türkiye

## Certification

Page 1 of 2

