**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAGLAYAN KAYA GOKSOY,

     Plaintiff,                              Case No.:  1:24-cv-08061

v.                                            Judge Jeffrey I. Cummings

THE PARTNERSHIPS AND UNINCORPORATED       Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 36 | Chendeli |
| 25 | wondertrading |
| 49 | Huo Wa |
| 20 | junfeihaibao |

DATED:  October 9, 2024             Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt (Bar No. 6207971)
                                     Keith Vogt, Ltd.
                                     33 W. Jackson Blvd., #2W
                                     Chicago, Illinois 60604
                                     Telephone: 312-971-6752
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt