## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CAGLAYAN KAYA GOKSOY,

     Plaintiff,

                                       Case No.:  1:24-cv-08061

v.

                                       Judge Jeffrey I. Cummings

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 5 | GAIWEIZHENGXIONG |
| 17 | SiuSue |
| 24 | wall 1517 |
| 14 | chen jian Morning poster |
| 26 | Xhdxd |
| 31 | Benjia Inc |

DATED:  October 17, 2024                  Respectfully submitted,

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt (Bar No. 6207971)
                                       Keith Vogt, Ltd.
                                       33 W. Jackson Blvd., #2W
                                       Chicago, Illinois 60604
                                       Telephone: 312-971-6752
                                       E-mail: keith@vogtip.com

                                       ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 17, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt